# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0638. JEREMIAH CARBON v. SFR INVESTMENT V BORROWER 1, LLC.

In this dispossessory action, the appellee obtained a writ of possession in magistrate court against Jeremiah Carbon. Carbon filed a petition for review to the superior court, which again granted a writ of possession in favor of the appellee. Carbon then filed a "Notice of Discretionary Appeal" in the superior court. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, Carbon has no right to a direct appeal. See *Bullock*, 260 Ga. App. at 875.

Although Carbon titled his filing as a "Notice of Discretionary Appeal," we construe the filing as a notice of appeal — and not an application for discretionary review — because he filed it in the trial court, rather than this Court. A notice of appeal is filed in the trial court to initiate a direct appeal to an appellate court, while an application for discretionary review must be filed in the appropriate appellate court to request permission to appeal. Compare OCGA § 5-6-35 (d) (an application for discretionary review must be filed in the appropriate appellate court), with OCGA § 5-6-37 (a notice of appeal must be filed "with the clerk of the court wherein the case

was determined").

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __12/13/2024_____

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*